IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-511-MOC-DCK

| | |
|---|---|
| EDWARD ALEXANDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| CENTRAL PIEDMONT COMMUNITY COLLEGE, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Stipulation To Extend Discovery Deadline" (Document No. 11) filed June 14, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion and *sua sponte* extend all the remaining case deadlines. Further extensions of these deadlines are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Stipulation To Extend Discovery Deadline" (Document No. 11) is **GRANTED**. The case deadlines are extended as follows: discovery completion – **August 19, 2022**; mediation report – **September 2, 2022**; dispositive motions – **September 13, 2022**; trial – **December 19, 2022**.

**SO ORDERED**.

Signed: June 14, 2022

David C. Keesler
United States Magistrate Judge